UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLARENCE JAY FAULKNER,

                            Plaintiff,

v.

ISRAEL GONZALEZ, et al.,

                            Defendants.

CASE NO. C15-5153 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 20. The
Court having considered the R&R and the remaining record, and no objections having
been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendants' motion to dismiss (Dkt. 14) is **GRANTED;** Plaintiff's § 1983
claims against Defendants are **DISMISSED with prejudice**; Plaintiff's state law claims
are **DISMISSED without prejudice**.

        Dated this 10th day August, 2015.

                                        _____
                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER